**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERN GONZALES,<br>*individually and on behalf of*<br>*all those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT CONTROL, LLC,<br><br>Defendant. | Case No.: 2:25-cv-03358-SVW-PD<br><br>Honorable Stephen V. Wilson<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REQUEST CONTINUANCE OF THE INITIAL STATUS CONFERENCE |

In consideration of the parties' Joint Stipulation to Request a Continuance of the Initial Status Conference, and for good cause shown, IT IS HEREBY ORDERED as follows:

1. The Initial Status Conference in this matter is continued by twenty-one (21) days from August 4, 2025, to August 25, 2025, at 3:00 p.m.

**SO ORDERED.**

Dated: July 30, 2025_____      By: _____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1
[Proposed] Order