Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FERN GONZALEZ,** *individually and on behalf of all those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>**CREDIT CONTROL, LLC,**<br><br>Defendant. | Case No.: 2:25-cv-03358-SVW-ADS<br><br>**Hon. Judge Stephen V. Wilson**<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Fern Gonzalez, individually, and Defendant Credit Control, LLC, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal *with* Prejudice of the above-styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs.

Dated: February 27, 2026

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

/s/ R. Paul Barkes
**R. Paul Barkes**
Barkes Law APC
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
818-912-9146
Email: paul.barkes@barkeslaw.com

*Counsel for Defendant*

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)((2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 27, 2026

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 27, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>/s/ Gerald D. Lane, Jr.</u>
GERALD D. LANE, JR., ESQ.
California Bar No.: 352470